(No. 73-CC-461—Claimant 

DANNY N. MICHEL, SHERIFF, FAYETTE COUNTY, ILLINOIS, Claimant, *vs.* STATE OF ILLINOIS, DEPARTMENT OF CORRECTIONS, Respondent.

*Opinion filed June 5, 1974.*

DANNY N. MICHEL, Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; HOWARD W. FELDMAN, Assistant Attorney General, for Respondent.

PER CURIAM.